IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| ALYCE SMITH,<br><br>           Plaintiff,<br><br>vs.<br><br>JO-ANN STORES, LLC,<br><br>           Defendants. | No. CV 18-52-BU-SEH<br><br>**ORDER** |

Defendant Jo-Ann Stores, LLC removed this case on diversity grounds from Montana Second Judicial District Court, Silver Bow County.[1] On September 13, 2018, Plaintiff moved to remand, unequivocally stating that the recovery sought is less than $75,000.[2]

A hearing on the motion was held on October 9, 2018.

---

[1] Doc. 1.

[2] Doc. 8 at 2.

-1-

Federal court jurisdiction under 28 U.S.C. § 1332 requires both complete diversity of citizenship and amount in controversy exceeding $75,000, exclusive of interest and costs. The required amount in controversy is not claimed.

Upon the record made in open court,

ORDERED:

This case is hereby REMANDED to state court.

DATED this 9th day of October, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge